UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joshua Emert,<br><br>    Plaintiff,<br><br>v.<br><br>National Credit Adjusters, LLC; and DOES 1-10, inclusive,<br><br>    Defendant. | Civil Action No.: 2:14-cv-00827-CRE |

### REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT
### NATIONAL CREDIT ADJUSTERS, LLC

Plaintiff, Joshua Emert (hereinafter "Plaintiff"), by and through Plaintiff's counsel, hereby requests the Clerk of the Court enter default against Defendant National Credit Adjusters, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure ("FRCP") on the grounds that Defendant has failed to answer this matter's Complaint and has failed to appear or otherwise defend this action. Declaration of Jody B. Burton ¶4.

Plaintiff served the Defendant with a summons and complaint on July 2, 2014, as evidenced by the proof of service on file with this Court. *Id.* ¶ 2. Neither Plaintiff nor the Court has granted Defendant extension of time to respond to the Complaint. *Id.* ¶ 3. On information and belief, the Defendant is neither an infant nor an incompetent person nor in the military service. *Id.* ¶¶ 5-6.

DATED: September 3, 2014

            Respectfully submitted,

            By /s/ Jody B. Burton

            Jody B. Burton, Esq.
            Bar No.: 71681

CLERK'S ENTRY OF DEFAULT
DATE: Sept 4, 2014
ROBERT V. BARTH, JR., CLERK